HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
HAROLD C. POYTRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-po-00024-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO VACATE JUNE 27, 2019 STATUS CONFERENCE; ORDER |
| vs. | |
| HAROLD C. POYTRESS, | ) Date: June 27, 2019 |
| Defendant. | ) Time: 10:00 a.m. ) Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Harold C. Poytress, that Citation No. F4566383 shall be resolved by payment of a fixed-sum in lieu of Mr. Poytress's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Mr. Poytress agrees to pay a $250 fine and $30 processing fee and agrees to make monthly payments pursuant to a schedule established by the Court, with the first payment due June 15, 2019. The government has separately agreed to dismiss Citation No. F5466382 and the parties agree that, upon the Court's acceptance of this stipulation, this action will be terminated.

In light of the above disposition, the parties further request that the Court vacate the June 27, 2019 status conference.

///

| | |
|---|---|
| | Respectfully submitted, |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: May 16, 2019 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 16, 2019 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>HAROLD POYTRESS |

## **DEFENDANT'S CONSENT**

I have reviewed the stipulation set forth above. I agree to the disposition noted therein and agree to forfeit $250, along with a $30 processing fee, in lieu of a future appearance in this matter. I request that the Court establish a payment plan so that I may pay the forfeiture amount and processing fee over the course of six months, with my first payment due June 15, 2019.

/S/
HAROLD POYTRESS

# **ORDER**

**IT IS SO ORDERED.** Defendant Harold Poytress is ordered to pay a $250 fine and a $30 processing fee, for a total financial obligation of $280, in lieu of any future appearance in Case No. 1:19-po-00024-SAB. The Court grants Mr. Poytress's request for a payment plan, with the first payment due June 15, 2019. The Court will separately issue an Order to Pay with payment instructions. The Court hereby vacates the June 27, 2019 status conference.

IT IS SO ORDERED.

Dated: **June 6, 2019**

UNITED STATES MAGISTRATE JUDGE